REQUESTED BY:  LOWE, ANGUS

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| **R E P O R T   O F   I N V E S T I G A T I O N** | PAGE      1 |
| | CASE NUMBER ▓▓▓▓▓▓▓▓▓ |

TITLE: EASTERN EUROPEAN FORCE LABOR IN STRIP CLUBS

CASE STATUS:       INTERIM RPT

| REPORT DATE 111605 | DATE ASSIGNED 020404 | PROGRAM CODE 181 | REPORT NO. 080 |
|---|---|---|---|

RELATED CASE NUMBERS:       ▓▓▓▓▓▓▓▓▓▓

COLLATERAL REQ:

TYPE OF REPORT:
MEMO OF INTERVIEW

TOPIC: PROFFER OF ANNA GONIKMAN-STARCHENKO 10/25/05

SYNOPSIS:
Over the weekend of February 11, 2005, SAC/DT agents received information about specific individuals who were being held in a forced labor situation in the Metro Detroit area. On Sunday February 13, 2005 agents learned that two Ukrainian women had escaped and were willing to cooperate in the investigation.  This information lead to the arrest of Aleksandr MAKSIMENKO and Michail ARONOV on forced labor charges in violation of 18USC1589.

On October 25, 2005 at 1420 SAC/DT Agent Angus Lowe and DOJ Special Litigation Counsel Lou Debaca conducted a proffer of Anna GONIKMAN-STARCHENKO at the United States Attorney's office in Detroit, MI.  Her attorney, Andrew Leone was also present.  Her statement is summarized below.

| DISTRIBUTION: SACDT CAFE | SIGNATURE: |
|---|---|
| | LOWE          ANGUS          SENIOR SPEC AGENT |
| | APPROVED: |
| | DEUBNER        SANDY          OI GRP SUPERVISOR |
| | ORIGIN OFFICE: DT DETROIT, MI - SAC | TELEPHONE: 313 226 3166 |
| | | TYPIST: LOWE |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

GOVERNMENT'S EXHIBIT
A
PENGAD 800-631-6989

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    2 |
|---|---|
| | CASE NUMBER ▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 080 |

DETAILS OF INVESTIGATION

On October 25, 2005 at 1420 SAC/DT Agent Angus Lowe and DOJ Special Litigation Counsel Lou Debaca conducted a proffer of Anna GONIKMAN-STARCHENKO at the United States Attorney's office in Detroit, Michigan.  Her attorney, Andrew Leone was also present.  Her statement is summarized below.

Mr. Debaca explained the provisions of the Kastigar letter and the plea process.  Mr. Leone then explained the possibility of a split sentence.  Mr. Debaca then discussed the sentencing guidelines.  Mr. Leone then explained that their might be possible immigration consequences associated with a guilty plea.  He further explained that deportation was a possibility but the first concern is the criminal case and deportation is a separate matter.

Mr. Leone and GONIKMAN-STARCHENKO then signed the Kastigar letter and the interview commenced.

# *Balance of Report*

# *Redacted*